# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL S. MEEKER, *et al.*, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-0757 |
| | : | |
| LYNN SELLERS, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 25th day of June, 2018, upon consideration of Plaintiff Samuel S. Meeker's Second Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. Plaintiff Tashawn Hunter is **DISMISSED without prejudice** as a party to this case.

2. The Second Amended Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum. Meeker may not file another amended complaint in this case.

3. The Clerk of Court shall **CLOSE** this case.

                                                            **BY THE COURT:**

                                                              /s/ Jeffrey L. Schmehl
                                                          **JEFFREY L. SCHMEHL, J.**